UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN PARKER,
                               Plaintiff,

            -v-

EQUINOX HOLDINGS, INC., et al.,
                              Defendants.

20-CV-3306 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In a letter motion, Plaintiff seeks to stay the case while the Court adjudicates Plaintiff's counsel's motion to withdraw. (Dkt. No. 56.) The Clerk of Court is respectfully directed to stay this case for 45 days, until Monday, July 12, 2021.

    SO ORDERED.

Dated: May 26, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge