UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWN PARKER,

                      Plaintiff,

       -v-

EQUINOX HOLDINGS, INC., *et al*,

                      Defendants.

20-CV-3306 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    As the plaintiff is represented by counsel, the Court instructs the parties to file a joint status letter regarding this case, including a new proposed schedule, on or before August 30, 2021.

    The Clerk of Court is respectfully directed to lift the stay of this case.

    SO ORDERED.

Dated: August 9, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge