**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DAWN PARKER,

                Plaintiff,                     20 **CIVIL** 3306 (JPO)

      -v-                                 **JUDGMENT**

EQUINOX HOLDINGS, INC., et al.,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 20, 2023, Defendants motion for summary judgment is GRANTED. Judgment is entered in favor of the Defendants. Accordingly, the case is closed.

**Dated:**  New York, New York

      September 20, 2023

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**

          **BY:**
                              _____
                                      **Deputy Clerk**