UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWN PARKER,

                Plaintiff,

-against-

EQUINOX HOLDINGS, INC., a/k/a EQUINOX FITNESS CLUB, EQUINOX GROUP INC., EQUINOX 44TH STREET INC., EQUINOX 63RD STREET, INC., EQUINOX 74TH STREET INC., EQUINOX 76TH STREET INC., EQUINOX ROCKEFELLER CENTER, INC., EQUINOX COLUMBUS CENTRE INC., EQUINOX ONE PARK AVE INC., EQX HOLDINGS LLC, BROOKLYN HEIGHTS EQUINOX, RELATED EQUINOX HOLDINGS II LLC, and MICHAEL NERSESIAN, STEPHANIE HERRMANN,

                Defendants.

Civil Matter No.: 1:20-cv-03306 (JPO)

**JUDGMENT**

---

On September 20, 2023, this Court granted summary judgment, in the above-captioned matter, in favor of Defendants Equinox Holdings, Inc. ("EHI"), Michael Nersesian ("Nersesian"), and Stephanie Herrmann ("Herrmann", collectively "Defendants") and against Plaintiff Dawn Parker.

In addition, on November 20, 2023, this Court granted Defendants' Bill of Cost for costs allowable by law that were necessarily incurred in the defense of this action. Attached hereto as Exhibit A.

PLEASE TAKE NOTICE that the attached Bill of Cost is now entered and Docketed as a Judgment.

DATED: October 9, 2024
        New York, New York

                                                      _____
                                                      J. PAUL OETKEN
                                                      United States District Judge

# EXHIBIT A

AO 133 (Rev. 12/09) Bill of Costs

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: _____       │
└─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DAWN PARKER | ) |
| v. | ) |
| EQUINOX HOLDINGS, INC., et al., | ) Case No.: 1:20-cv-03306 (JPO) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __09/20/2023__ against __Plaintiff Dawn Parker__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 2,658.35 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* Done on Submission. Objection filed. | |
| **TOTAL** | **$ 2,658.35** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: __s/Lori D. Bauer__
Name of Attorney: __Lori D. Bauer__

For: __EQUINOX HOLDINGS, INC., et al.,__   Date: __10/04/2023__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of __$ 1,439.85__ and included in the judgment.

__Ruby Krajick__   By: __Gina Cappetta__   __11/20/23__
*Clerk of Court*           *Deputy Clerk*           *Date*